IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, | ) | |
| | ) | |
| Plaintiff, | ) | 16-cv-3448 |
| | ) | |
| v. | ) | Honorable Judge Norgle |
| | ) | |
| COAST TO COAST FINANCIAL | ) | |
| SOLUTIONS, INC. | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Scott Dolemba through his attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve the case in its entirety. Plaintiff expects to complete the settlement within the next 45 days and file a Stipulation to Dismiss. Plaintiff requests that this Court strike all pending dates.

Respectfully submitted,

s/ Michelle A. Alyea
Michelle A. Alyea

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Michelle A. Alyea, certify that on June 16, 2016, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be filed via CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                     s/ Michelle A. Alyea
                                                                       Michelle A. Alyea

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com